**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            No. 4:10CV00327 JLH

STATE OF ARKANSAS; MIKE BEEBE,
Governor of the State of Arkansas, in his official
capacity only; JOHN M. SELIG, Director of the
Arkansas Dept. of Human Services, in his official
capacity only; JAMES C. GREEN, Director of the
Arkansas Division of Developmental Disabilities
Services, in his official capacity only; and
GENE GESSOW, Director of the Arkansas
Division of Medical Services, in his official capacity only              DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the complaint of the United States of America is dismissed without prejudice.

IT IS SO ORDERED this 24th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE